**FILED**
CLERK, U.S. DISTRICT COURT

9/12/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION, LLC, | Case No. CV 17-7463 FMO (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NEWTRITIONAL HEALTH CARE, LLC, | |
| Defendant. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 12th day of September, 2019.

/s/
Fernando M. Olguin
United States District Judge